IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 06 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-00204-BNB

MARTINO WIDJAJA,

    Plaintiff,

v.

R. JAMES NICHOLSON,

    Defendant.

## SECOND ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff, Martino Widjaja, initiated this action by filing *pro se* a Title VII Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. On January 31, 2008, the court entered an order directing the clerk of the court to commence a civil action and directing Mr. Widjaja to cure a deficiency if he wished to pursue his claims in this action. More specifically, the court advised Mr. Widjaja that the affidavit in support of his motion seeking leave to proceed *in forma pauperis* was incomplete. On February 13, 2008, Mr. Widjaja filed an amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. However, he failed to sign the amended *in forma pauperis* motion. Pursuant to Rule 11(a) of the Federal Rules of Civil Procedure, every motion and other paper must be signed. "An unsigned paper shall be stricken unless omission of the signature is corrected promptly after being called to the attention of the attorney or party." Fed. R. Civ. P. 11(a). Therefore, Mr. Widjaja will be ordered to file a signed motion seeking leave to proceed *in forma*

*pauperis* if he wishes to proceed *in forma pauperis* in this action. Mr. Widjaja also is reminded that he must complete the entire motion and affidavit in order for the court to determine whether he qualifies for leave to proceed *in forma pauperis*. Accordingly, it is

ORDERED that Mr. Widjaja cure the deficiency in this action by filing **within thirty (30) days from the date of this order** a signed and completed Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that if Mr. Widjaja fails to cure the deficiency within the time allowed, the complaint and the action will be dismissed without further notice.

DATED March 6, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00204-BNB

Martino Widjaja
3203 E. 11th Place
Big Springs, TX 79720

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 2/6/8

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk