IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00204-BNB

MARTINO WIDJAJA,

Plaintiff,

v.

R. JAMES NICHOLSON,

Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 3 1 2008

GREGORY C. LANGHAM
CLERK

_____

## ORDER DRAWING CASE

_____

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.1C, the

court has determined that this case does not appear to be appropriate for summary

dismissal. Therefore, the case will be drawn to a district judge and to a magistrate

judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate

judge.

DATED March 28, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-00204-BNB

Martino Widjaja
3203 E. 11th Place
Big Springs, TX 79720

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3/31/08

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk